1  Thomas C. Hurrell, State Bar No. 119876
   E-Mail: thurrell@hurrellcantrall.com
2  Jennifer J. Moon, State Bar No. 186201
   E-Mail: jmoon@hurrellcantrall.com
3  HURRELL CANTRALL LLP
   300 South Grand Avenue, Suite 1300
4  Los Angeles, California 90071
   Telephone: (213) 426-2000
5  Facsimile: (213) 426-2020

6  Attorneys for Defendant COUNTY OF RIVERSIDE and DEPUTY
   ALFREDO MEDINA

7

8                  **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

10

11  LAWRENCE DREWRY,                    CASE NO. 5:20-cv-02554-JGB-SHK

12           Plaintiff,                 **DEFENDANT DEPUTY ALFREDO
                                        MEDINAS ANSWER TO
13       v.                             PLAINTIFF'S COMPLAINT;
                                        DEMAND FOR JURY TRIAL**
14  COUNTY OF RIVERSIDE,
    ALFREDO MEDINA and DOES 1           [Assigned to Judge Jesus G. Bernal,
15  through 10, INCLUSIVE,              Courtroom "1"]

16           Defendants.                Trial Date:        None

17

18
    TO PLAINTIFF AND TO HIS ATTORNEY OF RECORD:
19
           Defendant DEPUTY ALFREDO MEDINA (hereinafter referred to as
20
    "Defendant") for himself alone and for no other persons, entities, firms or
21
    corporations, hereby answers to Plaintiff LAWRENCE DREWRY's (hereinafter
22
    referred to as "Plaintiff") Complaint as follows:
23
                        **JURISDICTIONAL ALLEGATIONS**
24
           1.    Answering paragraph number 1 of Plaintiff's Complaint (under the
25
    header "Jurisdictional allegations"), Defendant admits that based on the allegations
26
    of the Complaint brought pursuant to 42 U.S.C. § 1983, jurisdiction is proper in this
27
    Court.
28

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

header "Jurisdictional allegations"), Defendant admits that venue is proper and that the alleged incidents forming the basis of Plaintiff's allegations occurred within the County of Riverside.

3.     Answering paragraph number 3 of Plaintiff's Complaint (under the header "Jurisdictional allegations"), Defendant acknowledges that Plaintiff alleges violations of various laws of the State of California. Defendant admits that jurisdiction is proper in this Court.

4.     Answering paragraph number 4 of Plaintiff's Complaint (under the header "Jurisdictional allegations"), Defendant admits that the County of Riverside rejected Plaintiff's Claim for Damages on June 12, 2020.  As to the remaining allegations set forth under paragraph number 4, Defendant denies generally and specifically each and every one of the allegations contained therein.

## GENERAL ALLEGATIONS

5.     Answering paragraph number 5 of Plaintiff's Complaint (under the header "General Allegations"), Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the allegations contained therein.

6.     Answering paragraph number 6 of Plaintiff's Complaint (under the header "Jurisdictional allegations"), Defendant admits that defendant County of Riverside (hereinafter "County") is and, at all relevant times was, a municipal entity or political subdivision of the State of California, located within the territorial jurisdiction of this Court.

7.     Answering paragraph number 7 of Plaintiff's Complaint (under the header "Jurisdictional allegations"), Defendant admits that he was a sworn Deputy Sheriff with the Riverside County Sheriff's Department.  As to the remaining allegations set forth under paragraph number 7, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1   contained within such paragraph, as stated, and on those grounds denies generally

2   and specifically each and every one of the allegations contained therein.

3       8.      Answering paragraph number 8 of Plaintiff's Complaint (under the

4   header "Jurisdictional allegations"), Defendant does not have sufficient knowledge,

5   information, or belief to enable Defendant to answer the allegations contained

6   within such paragraph, as stated, and on those grounds deny generally and

7   specifically each and every of the allegations contained therein.

8       9.      Answering paragraph number 9 of Plaintiff's Complaint (under the

9   header "Jurisdictional allegations"), Defendant does not have sufficient knowledge,

10  information, or belief to enable Defendant to answer the allegations contained

11  within such paragraph, as stated, and on those grounds deny generally and

12  specifically each and every of the allegations contained therein.

13      10.     Answering paragraph number 10 of Plaintiff's Complaint (under the

14  header "Jurisdictional allegations"), Defendant does not have sufficient knowledge,

15  information, or belief to enable Defendant to answer the allegations contained

16  within such paragraph, as stated, and on those grounds deny generally and

17  specifically each and every of the allegations contained therein.

18      11.     Answering paragraph number 11 of Plaintiff's Complaint (under the

19  header "Jurisdictional allegations"), Defendant does not have sufficient knowledge,

20  information, or belief to enable Defendant to answer the allegations contained

21  within such paragraph, as stated, and on those grounds deny generally and

22  specifically each and every of the allegations contained therein.

23      12.     Answering paragraph number 12 of Plaintiff's Complaint (under the

24  header "Jurisdictional allegations"), Defendant does not have sufficient knowledge,

25  information, or belief to enable Defendant to answer the allegations contained

26  within such paragraph, as stated, and on those grounds deny generally and

27  specifically each and every of the allegations contained therein.

28      13.     Answering paragraph number 13 of Plaintiff's Complaint (under the

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1 header "Jurisdictional allegations"), Defendant does not have sufficient knowledge,
2 information, or belief to enable Defendant to answer the allegations contained
3 within such paragraph, as stated, and on those grounds deny generally and
4 specifically each and every of the allegations contained therein.

5     14.   Answering paragraph number 14 of Plaintiff's Complaint (under the
6 header "Jurisdictional allegations"), Defendant does not have sufficient knowledge,
7 information, or belief to enable Defendant to answer the allegations contained
8 within such paragraph, as stated, and on those grounds deny generally and
9 specifically each and every of the allegations contained therein.

10     15.   Answering paragraph number 15 of Plaintiff's Complaint (under the
11 header "Jurisdictional allegations"), Defendant does not have sufficient knowledge,
12 information, or belief to enable Defendant to answer the allegations contained
13 within such paragraph, as stated, and on those grounds deny generally and
14 specifically each and every of the allegations contained therein.

### FIRST CAUSE OF ACTION
### UNREASONABLE SEARCH and SEIZURE OF PROPERTY UNDER THE FOURTH AMENDMENT
### [Violation of 42 U.S.C. § 1983]
### (By Plaintiff LAWRENCE DREWRY against Defendants MEDINA AND DOES 1 through 6, inclusive)

19     16.   Answering paragraph number 16 of Plaintiff's Complaint (under the
20 header "First Cause of Action – Unreasonable Search and Seizure of Property under
21 the Fourth Amendment"), this paragraph realleges and incorporates Plaintiff's
22 allegations in the preceding paragraphs. Accordingly, in response to this paragraph,
23 Defendant incorporates by reference here Defendant's answers to each of the
24 corresponding and aforementioned allegations and/or paragraphs of Plaintiff's
25 Complaint.

26     17.   Answering paragraph number 17 of Plaintiff's Complaint (under the
27 header "First Cause of Action – Unreasonable Search and Seizure of Property under
28 the Fourth Amendment"), as to any allegations regarding the underlying incident at

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

issue in Plaintiff's claims, Defendant denies that he engaged in any unlawful acts or omissions or misconduct involving Plaintiff and Defendant denies all liability to Plaintiff.  As to the remaining allegations in this paragraph, at present, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

18. Answering paragraph number 18 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), as to any allegations regarding the underlying incident at issue in Plaintiff's claims, Defendant denies that he engaged in any unlawful acts or omissions or misconduct involving Plaintiff and Defendant denies all liability to Plaintiff.  As to the remaining allegations in this paragraph, at present, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

19. Answering paragraph number 19 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the allegations contained therein.

20. Answering paragraph number 20 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, as stated, and on those grounds denies generally and

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1    specifically each and every one of the allegations contained therein.

2    　　21. Answering paragraph number 21 of Plaintiff's Complaint (under the

3    header "First Cause of Action – Unreasonable Search and Seizure of Property under

4    the Fourth Amendment"), as it pertains to any allegations relating to the answering

5    Defendant, Defendant denies generally and specifically any and all such allegations

6    in said paragraph.  As to the remaining allegations in this paragraph, Defendant does

7    not have sufficient knowledge, or information or belief, to enable Defendant to

8    answer the remaining allegations contained within such paragraph, as stated, and on

9    those grounds denies generally and specifically each and every one of the remaining

10   allegations contained therein.

11   　　22. Answering paragraph number 22 of Plaintiff's Complaint (under the

12   header "First Cause of Action – Unreasonable Search and Seizure of Property under

13   the Fourth Amendment"), as to any allegations regarding the underlying incident at

14   issue in Plaintiff's claims, Defendant denies that he engaged in any unlawful acts or

15   omissions or misconduct involving Plaintiff and Defendant denies all liability to

16   Plaintiff.  As to the remaining allegations in this paragraph, at present, Defendant

17   does not have sufficient knowledge, or information or belief, to enable Defendant to

18   answer the remaining allegations contained within such paragraph, as stated, and on

19   those grounds denies generally and specifically each and every one of the remaining

20   allegations contained therein.

21   　　23. Answering paragraph number 23 of Plaintiff's Complaint (under the

22   header "First Cause of Action – Unreasonable Search and Seizure of Property under

23   the Fourth Amendment"), as to any allegations regarding the underlying incident at

24   issue in Plaintiff's claims, Defendant denies that he engaged in any unlawful acts or

25   omissions or misconduct involving Plaintiff and Defendant denies all liability to

26   Plaintiff.  As to the remaining allegations in this paragraph, at present, Defendant

27   does not have sufficient knowledge, or information or belief, to enable Defendant to

28   answer the remaining allegations contained within such paragraph, as stated, and on

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  those grounds denies generally and specifically each and every one of the remaining
2  allegations contained therein.

3      24. Answering paragraph number 24 of Plaintiff's Complaint (under the
4  header "First Cause of Action – Unreasonable Search and Seizure of Property under
5  the Fourth Amendment"), Defendant denies generally and specifically each and
6  every one of the allegations contained therein.

7      25. Answering paragraph number 25 of Plaintiff's Complaint (under the
8  header "First Cause of Action – Unreasonable Search and Seizure of Property under
9  the Fourth Amendment"), as it pertains to any allegations relating to the answering
10  Defendant, Defendant denies generally and specifically any and all such allegations
11  in said paragraph. As to the remaining allegations in this paragraph, Defendant does
12  not have sufficient knowledge, or information or belief, to enable Defendant to
13  answer the remaining allegations contained within such paragraph, as stated, and on
14  those grounds denies generally and specifically each and every one of the remaining
15  allegations contained therein.

16      26. Answering paragraph number 26 of Plaintiff's Complaint (under the
17  header "First Cause of Action – Unreasonable Search and Seizure of Property under
18  the Fourth Amendment"), as it pertains to any allegations relating to the answering
19  Defendant, Defendant denies generally and specifically any and all such allegations
20  in said paragraph. As to the remaining allegations in this paragraph, Defendant does
21  not have sufficient knowledge, or information or belief, to enable Defendant to
22  answer the remaining allegations contained within such paragraph, as stated, and on
23  those grounds denies generally and specifically each and every one of the remaining
24  allegations contained therein.

25      27. Answering paragraph number 27 of Plaintiff's Complaint (under the
26  header "First Cause of Action – Unreasonable Search and Seizure of Property under
27  the Fourth Amendment"), as it pertains to any allegations relating to the answering
28  Defendant, Defendant denies generally and specifically any and all such allegations

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  in said paragraph.  As to the remaining allegations in this paragraph, Defendant does

2  not have sufficient knowledge, or information or belief, to enable Defendant to

3  answer the remaining allegations contained within such paragraph, as stated, and on

4  those grounds denies generally and specifically each and every one of the remaining

5  allegations contained therein.

6      28. Answering paragraph number 28 of Plaintiff's Complaint (under the

7  header "First Cause of Action – Unreasonable Search and Seizure of Property under

8  the Fourth Amendment"),

9      29. Answering paragraph number 29 of Plaintiff's Complaint (under the

10  header "First Cause of Action – Unreasonable Search and Seizure of Property under

11  the Fourth Amendment"), as it pertains to any allegations relating to the answering

12  Defendant, Defendant denies generally and specifically any and all such allegations

13  in said paragraph.  As to the remaining allegations in this paragraph, Defendant does

14  not have sufficient knowledge, or information or belief, to enable Defendant to

15  answer the remaining allegations contained within such paragraph, as stated, and on

16  those grounds denies generally and specifically each and every one of the remaining

17  allegations contained therein.

18      30. Answering paragraph number 30 of Plaintiff's Complaint (under the

19  header "First Cause of Action – Unreasonable Search and Seizure of Property under

20  the Fourth Amendment"), as it pertains to any allegations relating to the answering

21  Defendant, Defendant denies generally and specifically any and all such allegations

22  in said paragraph.  As to the remaining allegations in this paragraph, Defendant does

23  not have sufficient knowledge, or information or belief, to enable Defendant to

24  answer the remaining allegations contained within such paragraph, as stated, and on

25  those grounds denies generally and specifically each and every one of the remaining

26  allegations contained therein.

27      31. Answering paragraph number 31 of Plaintiff's Complaint (under the

28  header "First Cause of Action – Unreasonable Search and Seizure of Property under

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

the Fourth Amendment"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

32. Answering paragraph number 32 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

33. Answering paragraph number 33 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

34. Answering paragraph number 34 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), as it pertains to any allegations relating to the answering

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

35. Answering paragraph number 35 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

36. Answering paragraph number 36 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

37. Answering paragraph number 37 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  in said paragraph.  As to the remaining allegations in this paragraph, Defendant does
2  not have sufficient knowledge, or information or belief, to enable Defendant to
3  answer the remaining allegations contained within such paragraph, as stated, and on
4  those grounds denies generally and specifically each and every one of the remaining
5  allegations contained therein.

6  38. Answering paragraph number 38 of Plaintiff's Complaint (under the
7  header "First Cause of Action – Unreasonable Search and Seizure of Property under
8  the Fourth Amendment"), as it pertains to any allegations relating to the answering
9  Defendant, Defendant denies generally and specifically any and all such allegations
10  in said paragraph.  As to the remaining allegations in this paragraph, Defendant does
11  not have sufficient knowledge, or information or belief, to enable Defendant to
12  answer the remaining allegations contained within such paragraph, as stated, and on
13  those grounds denies generally and specifically each and every one of the remaining
14  allegations contained therein.

15  39. Answering paragraph number 39 of Plaintiff's Complaint (under the
16  header "First Cause of Action – Unreasonable Search and Seizure of Property under
17  the Fourth Amendment"), Defendant denies generally and specifically each and
18  every one of the allegations contained therein.

19  40. Answering paragraph number 40 of Plaintiff's Complaint (under the
20  header "First Cause of Action – Unreasonable Search and Seizure of Property under
21  the Fourth Amendment"), s it pertains to any allegations relating to the answering
22  Defendant, Defendant denies generally and specifically any and all such allegations
23  in said paragraph.  As to the remaining allegations in this paragraph, Defendant does
24  not have sufficient knowledge, or information or belief, to enable Defendant to
25  answer the remaining allegations contained within such paragraph, as stated, and on
26  those grounds denies generally and specifically each and every one of the remaining
27  allegations contained therein.

28  41. Answering paragraph number 41 of Plaintiff's Complaint (under the

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), "), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

42. Answering paragraph number 42 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), no response is required to the extent that this paragraph sets forth legal conclusions and questions of law. As to the remaining allegations in this paragraph, and to the extent they pertain to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

43. Answering paragraph number 43 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

44. Answering paragraph number 44 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), no response is required to the extent that this paragraph sets forth legal conclusions and questions of law. As to the remaining allegations in this paragraph, and to the extent they pertain to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

45. Answering paragraph number 45 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. Furthermore, Defendant acknowledges that Plaintiff seeks the damages requested in this paragraph, but denies each and every any allegation in such paragraph to the extent they contend such damages are recoverable from Defendant.

46. Answering paragraph number 46 of Plaintiff's Complaint (under the header "First Cause of Action – Unreasonable Search and Seizure of Property under the Fourth Amendment"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. Furthermore, Defendant acknowledges that Plaintiff seeks the damages requested in this paragraph, but denies each and every any allegation in such paragraph to the extent they contend such damages are recoverable from Defendant.

/ / /

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

**SECOND CAUSE OF ACTION**
**[Violation of 42 U.S.C. § 1983]**
**Claims against Local Governing Body Defendants**
**Based on Failure to Train**
**(By All Plaintiffs against Defendants COUNTY and DOES 7 through 10, inclusive)**

47.   Answering paragraph number 47 of Plaintiff's Complaint (under the header "Second Cause of Action – Claims Against Local Governing Body Defendants Based on Failure to Train"), this paragraph realleges and incorporates Plaintiff's allegations in the preceding paragraphs. Accordingly, in response to this paragraph, Defendant incorporates by reference here Defendant's answers to each of the corresponding and aforementioned allegations and/or paragraphs of Plaintiff's Complaint.

48.   Answering paragraph number 48 of Plaintiff's Complaint (under the header "Second Cause of Action – Claims Against Local Governing Body Defendants Based on Failure to Train"), no response is required to the extent that this paragraph sets forth legal conclusions and questions of law.   As to the remaining allegations in this paragraph, and to the extent they pertain to the answering Defendant, Defendant denies generally and specifically any and all allegations in said paragraph.   As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

49.   Answering paragraph number 49 of Plaintiff's Complaint (under the header "Second Cause of Action – Claims Against Local Governing Body Defendants Based on Failure to Train"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph.   As to the remaining allegations in this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not

-14-

1  have sufficient knowledge, or information or belief, to enable Defendant to answer
2  the allegations contained within such paragraph, and on those grounds denies
3  generally and specifically each and every one of the allegations contained therein.

4      50.   Answering paragraph number 50 of Plaintiff's Complaint (under the
5  header "Second Cause of Action – Claims Against Local Governing Body
6  Defendants Based on Failure to Train"), as it pertains to any allegations relating to
7  the answering Defendant, Defendant denies generally and specifically any and all
8  such allegations in said paragraph. As to the remaining allegations in this paragraph
9  that pertain to co-defendant County of Riverside, the answering Defendant does not
10 have sufficient knowledge, or information or belief, to enable Defendant to answer
11 the allegations contained within such paragraph, and on those grounds denies
12 generally and specifically each and every one of the allegations contained therein.

13     51.   Answering paragraph number 51 of Plaintiff's Complaint (under the
14 header "Second Cause of Action – Claims Against Local Governing Body
15 Defendants Based on Failure to Train"), as it pertains to any allegations relating to
16 the answering Defendant, Defendant denies generally and specifically any and all
17 such allegations in said paragraph. As to the remaining allegations in this paragraph
18 that pertain to co-defendant County of Riverside, the answering Defendant does not
19 have sufficient knowledge, or information or belief, to enable Defendant to answer
20 the allegations contained within such paragraph, and on those grounds denies
21 generally and specifically each and every one of the allegations contained therein.

22     52.   Answering paragraph number 52 of Plaintiff's Complaint (under the
23 header "Second Cause of Action – Claims Against Local Governing Body
24 Defendants Based on Failure to Train"), as it pertains to any allegations relating to
25 the answering Defendant, Defendant denies generally and specifically any and all
26 such allegations in said paragraph. As to the remaining allegations in this paragraph
27 that pertain to co-defendant County of Riverside, the answering Defendant does not
28 have sufficient knowledge, or information or belief, to enable Defendant to answer

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  the allegations contained within such paragraph, and on those grounds denies

2  generally and specifically each and every one of the allegations contained therein.

3  Furthermore, Defendant acknowledges that Plaintiff seeks the damages requested in

4  this paragraph, but denies each and every any allegation in such paragraph to the

5  extent they contend such damages are recoverable from Defendant.

6      53.    Answering paragraph number 53 of Plaintiff's Complaint (under the

7  header "Second Cause of Action – Claims Against Local Governing Body

8  Defendants Based on Failure to Train"), as it pertains to any allegations relating to

9  the answering Defendant, Defendant denies generally and specifically any and all

10 such allegations in said paragraph.  As to the remaining allegations in this paragraph

11 that pertain to co-defendant County of Riverside, the answering Defendant does not

12 have sufficient knowledge, or information or belief, to enable Defendant to answer

13 the allegations contained within such paragraph, and on those grounds denies

14 generally and specifically each and every one of the allegations contained therein.

15 Furthermore, Defendant acknowledges that Plaintiff seeks the damages requested in

16 this paragraph, but denies each and every any allegation in such paragraph to the

17 extent they contend such damages are recoverable from Defendant.

18            **THIRD CAUSE OF ACTION**
            **Conversion / Trespass to Chattels**
19            **Under California State Law**
20  **(By Plaintiff DREWRY Against Defendants COUNTY, MEDINA, and DOES**
            **1 through 6, inclusive)**
21     54.    Answering paragraph number 54 of Plaintiff's Complaint (under the

22 header "Third Cause of Action – Conversion/Trespass to Chattels"), this paragraph

23 realleges and incorporates Plaintiff's allegations in the preceding paragraphs.

24 Accordingly, in response to this paragraph, Defendant incorporates by reference

25 here Defendant's answers to each of the corresponding and aforementioned

26 allegations and/or paragraphs of Plaintiff's Complaint.

27     55.    Answering paragraph number 55 of Plaintiff's Complaint (under the

28

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

header "Third Cause of Action – Conversion/Trespass to Chattels"), no response is required to the extent that this paragraph sets forth legal conclusions and questions of law. As to the remaining allegations in this paragraph, and to the extent they pertain to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

56. Answering paragraph number 56 of Plaintiff's Complaint (under the header "Third Cause of Action – Conversion/Trespass to Chattels"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, and on those grounds denies generally and specifically each and every one of the allegations contained therein.

57. Answering paragraph number 57 of Plaintiff's Complaint (under the header "Third Cause of Action – Conversion/Trespass to Chattels"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, and on those grounds denies generally and specifically each and every one of the allegations contained therein.

58. Answering paragraph number 58 of Plaintiff's Complaint (under the

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

header "Third Cause of Action – Conversion/Trespass to Chattels"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph.  As to the remaining allegations in this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, and on those grounds denies generally and specifically each and every one of the allegations contained therein.

59.   Answering paragraph number 59 of Plaintiff's Complaint (under the header "Third Cause of Action – Conversion/Trespass to Chattels"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph.  As to the remaining allegations in this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, and on those grounds denies generally and specifically each and every one of the allegations contained therein.  Furthermore, Defendant acknowledges that Plaintiff seeks the damages requested in this paragraph, but denies each and every any allegation in such paragraph to the extent they contend such damages are recoverable from Defendant.

60.   Answering paragraph number 60 of Plaintiff's Complaint (under the header "Third Cause of Action – Conversion/Trespass to Chattels"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph.  As to the remaining allegations in this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, and on those grounds denies generally and specifically each and every one of the

1   allegations contained therein.  Furthermore, Defendant acknowledges that Plaintiff

2   seeks the damages requested in this paragraph, but denies each and every any

3   allegation in such paragraph to the extent they contend such damages are

4   recoverable from Defendant.

5   **FOURTH CAUSE OF ACTION**

6   **Trespass**
**Under California State Law**

7   **(By Plaintiff DREWRY Against Defendants COUNTY, MEDINA, and DOES**
**1 through 6, inclusive)**

8        61.    Answering paragraph number 61 of Plaintiff's Complaint (under the

9   header "Fourth Cause of Action – Trespass"), this paragraph realleges and

10  incorporates Plaintiff's allegations in the preceding paragraphs. Accordingly, in

11  response to this paragraph, Defendant incorporates by reference here Defendant's

12  answers to each of the corresponding and aforementioned allegations and/or

13  paragraphs of Plaintiff's Complaint.

14       62.    Answering paragraph number 62 of Plaintiff's Complaint (under the

15  header "Fourth Cause of Action – Trespass"), no response is required to the extent

16  that this paragraph sets forth legal conclusions and questions of law.  As to the

17  remaining allegations in this paragraph, and to the extent they pertain to the

18  answering Defendant, Defendant denies generally and specifically any and all such

19  allegations in said paragraph.  As to the remaining allegations in this paragraph,

20  Defendant does not have sufficient knowledge, or information or belief, to enable

21  Defendant to answer the remaining allegations contained within such paragraph, as

22  stated, and on those grounds denies generally and specifically each and every one of

23  the remaining allegations contained therein.

24       63.    Answering paragraph number 63 of Plaintiff's Complaint (under the

25  header "Fourth Cause of Action – Trespass"), as it pertains to any allegations

26  relating to the answering Defendant, Defendant denies generally and specifically

27  any and all such allegations in said paragraph.  As to the remaining allegations in

28

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, and on those grounds denies generally and specifically each and every one of the allegations contained therein. Furthermore, Defendant acknowledges that Plaintiff seeks the damages requested in this paragraph, but denies each and every any allegation in such paragraph to the extent they contend such damages are recoverable from Defendant.

64. Answering paragraph number 64 of Plaintiff's Complaint (under the header "Fourth Cause of Action – Trespass"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, and on those grounds denies generally and specifically each and every one of the allegations contained therein. Furthermore, Defendant acknowledges that Plaintiff seeks the damages requested in this paragraph, but denies each and every any allegation in such paragraph to the extent they contend such damages are recoverable from Defendant.

65. Answering paragraph number 65 of Plaintiff's Complaint (under the header "Fourth Cause of Action – Trespass"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph. As to the remaining allegations in this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, and on those grounds denies generally and specifically each and every one of the allegations

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  contained therein.  Furthermore, Defendant acknowledges that Plaintiff seeks the

2  damages requested in this paragraph, but denies each and every any allegation in

3  such paragraph to the extent they contend such damages are recoverable from

4  Defendant.

5      66.  Answering paragraph number 66 of Plaintiff's Complaint (under the

6  header "Fourth Cause of Action – Trespass"), as it pertains to any allegations

7  relating to the answering Defendant, Defendant denies generally and specifically

8  any and all such allegations in said paragraph.  As to the remaining allegations in

9  this paragraph that pertain to co-defendant County of Riverside, the answering

10  Defendant does not have sufficient knowledge, or information or belief, to enable

11  Defendant to answer the allegations contained within such paragraph, and on those

12  grounds denies generally and specifically each and every one of the allegations

13  contained therein.  Furthermore, Defendant acknowledges that Plaintiff seeks the

14  damages requested in this paragraph, but denies each and every any allegation in

15  such paragraph to the extent they contend such damages are recoverable from

16  Defendant.

17      67.  Answering paragraph number 67 of Plaintiff's Complaint (under the

18  header "Fourth Cause of Action – Trespass"), as it pertains to any allegations

19  relating to the answering Defendant, Defendant denies generally and specifically

20  any and all such allegations in said paragraph.  As to the remaining allegations in

21  this paragraph that pertain to co-defendant County of Riverside, the answering

22  Defendant does not have sufficient knowledge, or information or belief, to enable

23  Defendant to answer the allegations contained within such paragraph, and on those

24  grounds denies generally and specifically each and every one of the allegations

25  contained therein.  Furthermore, Defendant acknowledges that Plaintiff seeks the

26  damages requested in this paragraph, but denies each and every any allegation in

27  such paragraph to the extent they contend such damages are recoverable from

28  Defendant.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

## FIFTH CAUSE OF ACTION
### Negligence
### Under California State Law
### (By Plaintiff DREWRY Against Defendants COUNTY, MEDINA, and DOES 1 through 6, inclusive)

68.     Answering paragraph number 68 of Plaintiff's Complaint (under the header "Fifth Cause of Action – Negligence"), this paragraph realleges and incorporates Plaintiff's allegations in the preceding paragraphs. Accordingly, in response to this paragraph, Defendant incorporates by reference here Defendant's answers to each of the corresponding and aforementioned allegations and/or paragraphs of Plaintiff's Complaint.

69.     Answering paragraph number 69 of Plaintiff's Complaint (under the header "Fifth Cause of Action – Negligence"), no response is required to the extent that this paragraph sets forth legal conclusions and questions of law.  As to the remaining allegations in this paragraph, and to the extent they pertain to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph.  As to the remaining allegations in this paragraph, Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the remaining allegations contained within such paragraph, as stated, and on those grounds denies generally and specifically each and every one of the remaining allegations contained therein.

70.     Answering paragraph number 70 of Plaintiff's Complaint (under the header "Fifth Cause of Action – Negligence"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph.  As to the remaining allegations in this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, and on those grounds denies generally and specifically each and every one of the allegations

1    contained therein.  Furthermore, Defendant acknowledges that Plaintiff seeks the
2    damages requested in this paragraph, but denies each and every any allegation in
3    such paragraph to the extent they contend such damages are recoverable from
4    Defendant.

5        71.    Answering paragraph number 71 of Plaintiff's Complaint (under the
6    header "Fifth Cause of Action – Negligence"), as it pertains to any allegations
7    relating to the answering Defendant, Defendant denies generally and specifically
8    any and all such allegations in said paragraph.  As to the remaining allegations in
9    this paragraph that pertain to co-defendant County of Riverside, the answering
10   Defendant does not have sufficient knowledge, or information or belief, to enable
11   Defendant to answer the allegations contained within such paragraph, and on those
12   grounds denies generally and specifically each and every one of the allegations
13   contained therein.  Furthermore, Defendant acknowledges that Plaintiff seeks the
14   damages requested in this paragraph, but denies each and every any allegation in
15   such paragraph to the extent they contend such damages are recoverable from
16   Defendant.

17       72.    Answering paragraph number 72 of Plaintiff's Complaint (under the
18   header "Fifth Cause of Action – Negligence"), as it pertains to any allegations
19   relating to the answering Defendant, Defendant denies generally and specifically
20   any and all such allegations in said paragraph.  As to the remaining allegations in
21   this paragraph that pertain to co-defendant County of Riverside, the answering
22   Defendant does not have sufficient knowledge, or information or belief, to enable
23   Defendant to answer the allegations contained within such paragraph, and on those
24   grounds denies generally and specifically each and every one of the allegations
25   contained therein.  Furthermore, Defendant acknowledges that Plaintiff seeks the
26   damages requested in this paragraph, but denies each and every any allegation in
27   such paragraph to the extent they contend such damages are recoverable from
28   Defendant.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

73.     Answering paragraph number 73 of Plaintiff's Complaint (under the header "Fifth Cause of Action – Negligence"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph.  As to the remaining allegations in this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, and on those grounds denies generally and specifically each and every one of the allegations contained therein.  Furthermore, Defendant acknowledges that Plaintiff seeks the damages requested in this paragraph, but denies each and every any allegation in such paragraph to the extent they contend such damages are recoverable from Defendant.

74.     Answering paragraph number 74 of Plaintiff's Complaint (under the header "Fifth Cause of Action – Negligence"), as it pertains to any allegations relating to the answering Defendant, Defendant denies generally and specifically any and all such allegations in said paragraph.  As to the remaining allegations in this paragraph that pertain to co-defendant County of Riverside, the answering Defendant does not have sufficient knowledge, or information or belief, to enable Defendant to answer the allegations contained within such paragraph, and on those grounds denies generally and specifically each and every one of the allegations contained therein.  Furthermore, Defendant acknowledges that Plaintiff seeks the damages requested in this paragraph, but denies each and every any allegation in such paragraph to the extent they contend such damages are recoverable from Defendant.

## **PRAYER FOR RELIEF**

In answering to Plaintiff's prayer for damages, the answering Defendant denies generally and specifically each and every allegation contained therein as it refers to the answering Defendant, and further denies that Plaintiff is entitled to an

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  award of damages or any other relief as a result of any action or omission by the
2  answering Defendant.

### AFFIRMATIVE DEFENSES

4  Defendant pleads the following separate defenses.  Defendant reserves the
5  right to assert additional affirmative defenses that discovery indicates are proper.
6  As separate and affirmative defenses, Defendant allege as follows:

### FIRST AFFIRMATIVE DEFENSE

8  1.  Plaintiff's Complaint fails to state a claim upon which relief can be
9  granted.  Plaintiff's Complaint also fails to state a claim against the answering
10 Defendant in this action.

### SECOND AFFIRMATIVE DEFENSE

12 2.  Plaintiff has failed to allege in the Complaint sufficient facts to state a
13 claim for compensatory or punitive damages for any action taken by the answering
14 Defendant in her individual or official capacity.

### THIRD AFFIRMATIVE DEFENSE

16 3.  The answering Defendant denies that Plaintiff has been deprived of any
17 rights, privileges, or immunities guaranteed by the Constitution or laws of the
18 United States or by the Constitution or laws of the State of California, and therefore
19 Defendant is immune from liability.

### FOURTH AFFIRMATIVE DEFENSE

21 4.  Plaintiff's action is time-barred by the operative statute(s) of
22 limitations.

### FIFTH AFFIRMATIVE DEFENSE

24 5.  Plaintiff's action is barred by laches and delay on the Plaintiff's part to
25 the prejudice of the answering Defendant.

### SIXTH AFFIRMATIVE DEFENSE

27 6.  Plaintiff's claims are barred or limited by Plaintiff's own conduct, acts,
28 or omissions, and to the extent Plaintiff suffered any injury or damages, it was the

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

result of Plaintiff's own actions or omissions.

## SEVENTH AFFIRMATIVE DEFENSE

7.    Plaintiff's recovery is barred because any injury or damage suffered by Plaintiff was caused solely by reason of Plaintiff's wrongful acts, conduct, and/or requests. The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and therefore no action may be taken against the answering Defendant on account of such conduct.

## EIGHTH AFFIRMATIVE DEFENSE

8.    Defendant alleges that Plaintiff's action is barred by reason of conduct, as Plaintiff's actions and inactions amount to and constitute a waiver of any right Plaintiff may or might have had in reference to the matters and things alleged in the Complaint, or that such conduct otherwise estops Plaintiff from recovery in this action, including but not limited to the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE

9.    Defendant alleges that Plaintiff's Complaint, and each claim contained therein, is barred pursuant to the equitable doctrine of waiver.

## TENTH AFFIRMATIVE DEFENSE

10.    Plaintiff's claims are barred or limited to the extent Plaintiff failed to mitigate Plaintiff's injuries or damages, if there were any.  Plaintiff has failed to mitigate the damages, if any, which Plaintiff has sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, Plaintiff has failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

## ELEVENTH AFFIRMATIVE DEFENSE

11.    Defendant is informed and believes and thereon alleges that if Plaintiff sustained any injury or damages, such injury or damages were solely caused or

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

contributed to by the wrongful conduct of other defendants and/or entities or persons other than the answering Defendant.  To the extent that any Plaintiff's damages were so caused, any recovery by Plaintiff as against the answering Defendant should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

### TWELFTH AFFIRMATIVE DEFENSE

12.    Defendant alleges that Plaintiff's Complaint, and each claim contained therein, is barred on the ground that the answering Defendant was not the cause in fact of any alleged damage, injury, or loss to Plaintiff, if any.

### THIRTEENTH AFFIRMATIVE DEFENSE

13.    Defendant alleges that Plaintiff's Complaint, and each claim contained therein, is barred on the ground that the answering Defendant was not a substantial cause of any alleged damage, injury or loss to Plaintiff, if any.

### FOURTEENTH AFFIRMATIVE DEFENSE

14.    Plaintiff's recovery is barred because employees of a public entity are immune from liability for discharging their mandatory duties with reasonable diligence.

### FIFTEENTH AFFIRMATIVE DEFENSE

15.    The answering Defendant, at all times relevant to this action, acted reasonably and prudently under the circumstances. Answering Defendant therefore asserts the individual peace officer's Qualified Immunity from liability to the fullest extent applicable.

### SIXTEENTH AFFIRMATIVE DEFENSE

16.    The answering Defendant is immune from liability under the Federal Civil Rights Act because he acted in good faith with an honest and reasonable belief that his actions were necessary and appropriate.  The answering Defendant is immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that his actions and conduct was appropriate.  The

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1    answering Defendant is immune from liability under the Federal Civil Rights Act

2    because his conduct did not violate clearly established rights.    The answering

3    Defendant is also immune from liability under the doctrine of Qualified Immunity.

4                     **SEVENTEENTH AFFIRMATIVE DEFENSE**

5            17.    At all relevant times, the answering Defendant acted within the scope

6    of discretion, with due care, and a good faith fulfillment of responsibilities pursuant

7    to applicable statutes, rules and regulation, within the bounds of reason, and with the

8    good faith belief that his actions comported with all applicable federal and state

9    laws.

10                     **EIGHTEENTH AFFIRMATIVE DEFENSE**

11           18.    At the times and places referred to in Plaintiff's Complaint, and before

12   such event, Plaintiff knew, appreciated, and understood each and every risk involved

13   in placing himself in the position which Plaintiff then assumed, and willingly,

14   knowingly and voluntarily assumed each of such risks, including, but not limited to,

15   the risk of suffering personal bodily injury, or lawful deprivation of rights.

16                     **NINETEENTH AFFIRMATIVE DEFENSE**

17           19.    The Complaint is barred under the doctrine of collateral estoppel (issue

18   preclusion) and/or res judicata (claim preclusion).

19                     **TWENTIETH AFFIRMATIVE DEFENSE**

20           20.    Answering Defendant alleges that any recovery by Plaintiff pursuant to

21   the Complaint and the purported causes of action contained therein, are governed,

22   controlled, and limited by the provisions of *Civil Code* § 1430, *et seq.*, including but

23   not limited to §§ 1431 and 1432.

24                     **TWENTY-FIRST AFFIRMATIVE DEFENSE**

25           21.    The answering Defendant owed no legal duty to Plaintiff as described

26   in Plaintiff's Complaint, or otherwise.

27                     **TWENTY-SECOND AFFIRMATIVE DEFENSE**

28           22.    To the extent that Plaintiff suffered any detriment, such detriment was

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  unavoidable.

2  ### TWENTY-THIRD AFFIRMATIVE DEFENSE

3      23.    The answering Defendant asserts that Plaintiff is barred from pursuing

4  the claims set forth in his Complaint by virtue of his lack of standing.

5  ### TWENTY-FOURTH AFFIRMATIVE DEFENSE

6      24.    The answering Defendant is informed and believes and thereon alleges

7  that the damages complained of in Plaintiff's Complaint , if any, resulted from an

8  unforeseeable and superseding cause, thereby barring either partially or totally,

9  Plaintiff's claimed damages herein.    The answering Defendant is informed and

10  believes and thereon alleges that each and all of the purported causes of action and

11  theories of relief asserted by Plaintiff in the Complaint is barred by virtue of an

12  independent intervening cause.

13  ### TWENTY-FIFTH AFFIRMATIVE DEFENSE

14      25.    Plaintiff's claims are barred for failure to join an indispensable party

15  under *Federal Rule of Civil Procedure* 19.

16  ### TWENTY-SIXTH AFFIRMATIVE DEFENSE

17      26.    At no time and place mentioned in the Complaint, did the answering

18  Defendant act with deliberate indifference or malicious intent to deprive Plaintiff of

19  any Constitutional or legal right, or cause any other injury and, therefore, Defendant

20  is immune from liability.

21  ### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

22      27.    Plaintiff's claims under the Federal Civil Right Act are barred because

23  the complaint fails to allege facts that go beyond mere tortious conduct and rise to

24  the level of a civil rights violation.

25  ### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

26      28.    Plaintiff's claims are barred in that the conduct of the answering

27  Defendant was taken out of necessity.

28

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

## TWENTY-NINTH AFFIRMATIVE DEFENSE

29.    Plaintiff's claims are barred in that the conduct of the answering Defendant was necessary for the defense of others.

## THIRTIETH AFFIRMATIVE DEFENSE

30.    Plaintiff's claims against Answering Defendant is barred by the doctrine of consent.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

31.    Plaintiff's claims are barred in that the conduct of the answering Defendant was necessary for the pubic necessity.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

32.    Plaintiff's claims are barred in that the conduct of the answering Defendant was necessary for the private necessity.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

33.    Answering Defendant alleges that the conduct, if any, which is the subject of Plaintiff's Complaint was absolutely and/or conditionally legally privileged, and/or justified.  Further, all actions by Answering Defendant were in good faith and reasonable.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

34.    Answering Defendant alleges that he is shielded from liability for civil damages insofar as the conduct in this case did not violate any statutory or constitutional right of which a reasonable person would have known.

## RESERVATION OF AFFIRMATIVE DEFENSES

Because the Complaint is couched in vague and conclusory terms, the answering Defendant cannot fully anticipate all affirmative defenses that may be applicable to this action.  Accordingly, the answering Defendant hereby reserves the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, and/or to withdraw affirmative defenses as may be appropriate.  The assertion of any of the foregoing is not intended and shall not

1   be construed as any stipulation regarding any shifting of the burden of proof to any

2   defendant regarding any of Plaintiff's claims, or elements thereof.

3           WHEREFORE, the answering Defendant prays for judgment as follows:

4           1.      That Plaintiff take nothing by reason of his Complaint, and that

5   judgment be entered in favor of Defendant;

6           2.      That Defendant recover his costs of suit incurred herein, including

7   reasonable attorneys' fees, and;

8           3.      For such other and further relief as the Court deems proper and just.

9

10

11

12   DATED: March *22*, 2021           HURRELL CANTRALL LLP

13

14                                     By: _____

15                                          THOMAS C. HURRELL
                                            JENNIFER MOON
16                                          NEDA MOHAMMADZADEH
17                                          Attorneys for Defendant COUNTY OF
                                            RIVERSIDE
18

19

20

21

22

23

24

25

26

27

28

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1

## **DEMAND FOR JURY TRIAL**

2       Defendant DEPUTY ALFREDO MEDINA respectfully demands a trial by

3   jury on all claims in the within action as provided by *Federal Rules of Civil*

4   *Procedure*, Rule 38(a) and (b).

5

6   DATED: March 22, 2021                    HURRELL CANTRALL LLP

7

8

9                          By: _____

10                            THOMAS C. HURRELL

11                            JENNIFER MOON

                            NEDA MOHAMMADZADEH

12                            Attorneys for Defendant COUNTY OF

13                            RIVERSIDE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28